AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
| | ) Case No. 24-CR-1109 MLG |
| Santiago Perez | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Santiago Perez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii): Possession with Intent to Distribute 5 Grams and More of Methamphetamine;
Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);
Count 3: 18 U.S.C. § 924(c)(1)(A)(iii): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime; Discharging Said Firearm;
Count 4: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition.

Date: 08/13/2024

C. Padilla
*Issuing officer's signature*

City and state: Albuquerque, NM

Mitchell R. Elfers, Clerk of the Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*